# In the United States Court of Federal Claims

No. 14-300C
(Filed: November 17, 2014)

|  |  |
|---|---|
| COLONIAL SURETY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

     Defendant's unopposed motion (ECF No. 14), filed November 13, 2014, for a 60-day enlargement of time within which to respond to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall have until **January 13, 2015** to answer or otherwise respond to plaintiff's complaint.

     **IT IS SO ORDERED.**

s/Nancy B. Firestone<br>
NANCY B. FIRESTONE<br>
Judge